**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Laura Galera                     Date: December 28, 2011
Court Reporter:  Paul Zuckerman
Probation Officer: Jan Woll
Interpreter: Cathy Bahr

Criminal Action No. 11-cr-00324-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                John Canedy

       Plaintiff,

v.

JESUS CABALLERO-PULES                    Matthew Belcher

       Defendant.

_____

**SENTENCING MINUTES**
_____

 **9:04 am.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing held on October 12, 2011.  Defendant pled guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     **Defendant's Motion for Downward Sentencing Variance (Doc. #18) is DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:23 a.m.**     **Court in recess.**

Total Time:    00:19
Hearing concluded.